THORNTON DAVIDSON, #166487
The ERISA Law Group
2055 San Joaquin Street
Fresno, California 93721-2717
Telephone:    (559) 256-9800
Facsimile:     (559) 256-9795
e-mail: thornton@erisalg.com

Attorney for Plaintiff, MARYANN SILVA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARYANN SILVA,<br><br>　　　　Plaintiff,<br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; ANKA BEHAVIORAL HEALTH GROUP LONG TERM DISABILITY PLAN,<br><br>　　　　Defendants. | Case No.: 2:11-cv-00972-MCE -GGH<br><br>**STIPULATION OF DISMISSAL**<br><br>Complaint Filed: April 12, 2011 |

　　　IT IS HEREBY STIPULATED by and between Plaintiff, MARYANN SILVA and Defendants, LIFE INSURANCE COMPANY OF NORTH AMERICA and ANKA BEHAVIORAL HEALTH GROUP LONG TERM DISABILITY PLAN that the Parties agree to dismiss this action in its entirety with prejudice, pursuant to Fed.R.Civ.P. 41(a), each Party to bear its own fees and costs.

///

///

1

*SILVA v. LIFE INSURANCE COMPANY OF NORTH AMERICA; ANKA BEHAVIORAL HEALTH GROUP*
*LONG TERM DISABILITY PLAN*
**Case No. 11-cv-00972|STIPULATION OF DISMISSAL**

Date:  November 4, 2011                           ERISA LAW GROUP LLP

                                          By:    /s/ Thornton Davidson
                                                 THORNTON DAVIDSON, #166487
                                                 Attorney for Plaintiff,
                                                 Alan Pomerantz


                                                 WILSON, ELSER, MOSKOWITZ,
                                                 EDELMAN & DICKER LLP


Date:  November 4, 2011                           /s/   Sean P. Nalty
                                                 SEAN P. NALTY, No. 121253
                                                 FRANCIS TORRENCE, No. 154653
                                                 Wilson, Elser, Moskowitz,
                                                    Edelman & Dicker LLP
                                                 525 Market Street, 17th Floor
                                                 San Francisco, California 94105
                                                 *sean.nalty@wilsonelser.com*

                                                 Attorneys for Defendant,
                                                    LIFE INSURANCE COMPANY
                                                 OF NORTH AMERICA

## ORDER

**IT IS SO ORDERED.**

Dated:  November 8, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE